**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**


| | | |
|---|---|---|
| **DEBBIE LENNOX, *et al.*,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **3:04-cv-257** |
| | ) | |
| **RICHARD GIAMMARINO, *et al.*,** | ) | |
| **Defendants.** | ) | |


## <u>ORDER OF DISMISSAL</u>

Defendants have moved to dismiss this action for failure to prosecute [ECF # 70, 71]. Despite numerous attempts to allow plaintiffs to proceed with this lawsuit, they have failed to respond to either former counsel or this court. As plaintiffs have shown no desire to prosecute this case, the motions to dismiss [ECF # 70, 71] are **GRANTED** and this case is hereby **DISMISSED** for failure to prosecute.


**ENTER:**


_____s/Thomas W. Phillips_____
**UNITED STATES DISTRICT JUDGE**